In the Matter of the Application of BERTHA PALMER, Respondent, v. FRED LEDER, Appellant, for an Order Directing Him to Turn over the Sum of $300.— Motion to open default granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application of BERTHA PALMER, Respondent, v. FRED LEDER, Appellant, for an Order Directing Him to Turn over the Sum of $300.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Petition of QUEENS BOROUGH GAS AND ELECTRIC COMPANY, Respondent, to Acquire an Easement and/or Right of Way for the Public Use in, over and across Land Located at Woodmere, in the Town of Hempstead, County of Nassau, State of New York, Owned by MEADOWLAWN LINKS DEVELOPMENT COMPANY, INC., etc. MEADOWLAWN LINKS DEVELOPMENT COMPANY, INC., Appellant.— Motion for stay granted upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application of the RIDGEWOOD PARK REALTY COMPANY for Payment of an Award Made for Damage Parcel No. 8 on the Damage Map and in the Final Decree of the Supreme Court as to Damage in a Proceeding to Acquire Title to Certain Lands and Premises Located on Grandview Avenue, etc., Ridgewood, Borough of Queens, City and State of New York, Duly Selected as a Site for School Purposes According to Law.— Matter referred to an official referee to hear and to report. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application of HUGO SEIDENBERG and ROSE SEIDENBERG, Appellants, for a Mandamus Order against EDWARD P. BURWELL, Superintendent of Buildings of the Borough of Queens, City of New York, Respondent.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

KINGS BUILDERS, INC., Respondent, v. FRED PILLAR and Others, Defendants. In the Matter of the Application of the LEER BUILDING & CONSTRUCTION Co., INC., Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

MATHILDA LANGE, Appellant, v. IDA MARKS, Respondent; HARRY I. HORN, Defendant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

DOROTHY N. LOBELL, Respondent, v. ISAAC G. WOLF, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ABRAHAM POLEKOFF, Appellant, v. REBECCA POLEKOFF, Respondent.— Motion

for stay granted upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

The People of the State of New York, Respondent, v. Metro Zogas, Appellant.— Motion to enlarge time granted upon condition that the appellant perfect the appeal for the January, 1932, term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

Roosevelt Flying Corporation, Respondent, v. Air Map Corporation (Also Known as Air Map Corporation of America), Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

Anna H. Slonim and Another, Respondents, v. Hector Holding Corporation, Appellant, and Others, Defendants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

Benjamin Wolf, an Infant, by Harry Wolf, His Guardian ad Litem, Appellant, v. Dietz Delivery Service, Inc., Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

Victor (Vincent) Zmyrko, and Thomas Edward Gaffney, as Receiver, Appellants, v. Jacob (Joseph) Straub, Respondent.— Motion to dismiss appeals denied upon condition that appellants perfect the appeals for the December term (for which term the cases are set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

Ernest Hunninghaus, Appellant, v. Adam Schmitt, Individually and as Business Agent of Bakers' Union Number 3, of Brooklyn and Queens, Amalgamated Food Workers, " Richard Roe," as President, and " John Doe," as Secretary of Bakers' Union, Number 3, of Brooklyn and Queens, Amalgamated Food Workers, Names of Said Last Two Defendants Being Fictitious, True Names of These Defendants Being Unknown to Plaintiff, Persons Intended, However, Being President and Secretary Respectively of Bakers' Union No. 3, of Brooklyn and Queens, Amalgamated Food Workers, Respondents.— Appeal from order denying plaintiff's motion for a temporary injunction withdrawn on consent, action ordered to be tried at Special Term on November 23, 1931, and injunction continued pending the determination of the trial. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

In the Matter of Julius Weissman, Respondent, against Radcliffe Shoe Co., Inc., Appellant, for an Order Requiring Respondent to Submit Certain Differences between the Parties to Arbitration.— The decision of this court handed down on November 13, 1931, is hereby amended to read as follows: On argument, order directing arbitration to proceed modified so as to permit appellant to file a further affidavit as to any claimed issues, and so as to direct